NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**

*Plaintiff-Appellant*

**v.**

**AMERICAN HOME ASSURANCE COMPANY,**

*Defendant-Appellee*

---

2024-1069

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00175-RKE, Senior Judge Richard K. Eaton.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    US v. AMERICAN HOME ASSURANCE COMPANY

(2)  Each side shall bear their own costs.

FOR THE COURT

April 18, 2024
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 18, 2024